IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSHUA BALLARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-46 (MTT) |
| | * |
| Sheriff DAVID DAVIS, et al., | * |
| Defendants. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of September, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk